## HEARD V. THE STATE.
### (Decided June 15, 1911.)

APPEAL from Anniston City Court.

Heard before Hon. THOS. W. COLEMAN, JR.

KNOX, ACKER, DIXON & BLACKMON, for appellant.
R. C. BRICKELL, Attorney General, for the State.
MCCLELLAN, J.—Affirmed.
SIMPSON, ANDERSON and MAYFIELD, JJ., concur.